MILLVILLE IMPROVEMENT COMPANY, PLAINTIFF IN ERROR, v. PITMAN, GLASSBORO AND CLAYTON GAS COMPANY ET AL., DEFENDANTS IN ERROR.

Submitted July 6, 1908—Decided November 16, 1908.

On error to the Supreme Court, whose opinion is reported in 46 *Vroom* 410.

For the plaintiff in error, *Louis H. Miller* and *Gaskill & Gaskill.*

For the defendants in error, *French & Richards.*

PER CURIAM.

The judgment under review herein will be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.   14.

*For reversal*—None.